MARTIN H. NEWMAN, as Administrator with the Will Annexed of WILLIAM NEWMAN, Deceased, Appellant, *v.* BENJAMIN A. ROTH et al., Individually and as Executors of and Trustees under the Will of HENRY ROTH, Deceased, et al., Respondents, et al., Defendants.

*Argued January 7, 1943; decided February 25, 1943.*

560

*Adolph Feldblum* for appellant.

*Lloyd B. Kanter* and *Oscar A. Lewis* for respondents.

Judgment affirmed, with costs, on the ground that the transfer of the Necaro Co., Inc., shares by appellant was the agreed consideration for the release of appellant from his obligation under the agreement of guaranty. No opinion. (See 290 N. Y. 865.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.